| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>1:01-CR-591-03-CC |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>CR07-105 |

| NAME AND ADDRESS OF<br>PROBATIONER/SUPERVISED RELEASEE<br><br>Rodriquez Sharpe<br><br>Wilmington, DE | DISTRICT<br>Northern District of Georgia | DIVISION<br>Atlanta |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Honorable Clarence Cooper | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>08/25/2004 | TO<br>08/24/2007 |

OFFENSE

Conspiracy to Commit Bank Fraud

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF Georgia

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_7/16/07_
Date

_Clarence Cooper_
Honorable Clarence Cooper
United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF Delaware

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_8/14/07_
Effective Date

FILED
AUG 1 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_Joseph J. Farnan_
Honorable
United States District Judge